437 A.2d 1027

Commonwealth v. Wilder, Appellant.

Argued June 2, 1981.   Barbara F. Sarkin, for appellant;  Maureen A. Brennan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, MONTEMURO and SHERTZ, JJ.

The judgment of sentence of the court below is hereby affirmed.

437 A.2d 1027

Commonwealth, Appellant v. Wright.

Argued January 13, 1981.   Stella L. Smetanka, Assistant District Attorney, for Commonwealth, appellant;  David G. Metinko, for appellee.

Before SPAETH, SHERTZ and MONTGOMERY, JJ.

Order affirmed.